■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ALLEN, Appellant. [21 NYS3d 612]—An appeal having

been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about April 17, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.